UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CLERK USDC EDWI
FILED

2022 SEP 13 P 12: 28

| | |
|---|---|
| UNITED STATES OF AMERICA, | **22-CR-176** |
| Plaintiff, | |
| v. | Case No. |
| NYGIL A. McDANIEL and JESSICA C. O'HORA, | [18 U.S.C. §§ 922(a)(6), 922(d)(1), 922(d)(3), 922(g)(3), 922(n), |
| Defendants. | 924(a)(1)(D), 924(a)(2), and 2(a)] |

## INDICTMENT

### COUNT ONE
(False Statement, 18 U.S.C. § 922(a)(6))

**THE GRAND JURY CHARGES THAT:**

1.    On or about April 17, 2020, in the State and Eastern District of Wisconsin,

**NYGIL A. McDANIEL,**

in connection with the acquisition of a firearm from Gander Outdoors, a federally licensed firearms dealer in Kenosha, Wisconsin, knowingly made a false and fictitious written statement intended and likely to deceive Gander Outdoors as to a fact material to the lawfulness of the sale and disposition of the firearm under the provisions of Chapter 44 of Title 18, United States Code.

2.    Specifically, in connection with the purchase of a Glock 27 .40 caliber pistol bearing serial number BGBX771, McDANIEL falsely stated on the Firearms Transaction Record form (ATF Form 4473) that he was not an unlawful user of a controlled substance when, in fact, McDANIEL was then a regular user of marijuana.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT TWO
(Unlawful Possession of Firearms, 18 U.S.C. § 922(g)(3))

**THE GRAND JURY FURTHER CHARGES THAT:**

1.    On or about August 26, 2020, in the State and Eastern District of Wisconsin,

### NYGIL A. McDANIEL,

knowing he was an unlawful user of a controlled substance, as defined in Title 21, United States Code, Section 802, knowingly possessed firearms which, prior to his possession of them, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2.    The firearms are more fully described as a Romarm/Cugir 7.62 x 39mm caliber pistol bearing serial number PE-9312-2019-RO, and a Glock 27 .40 caliber pistol bearing serial number BGBX771.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

2

## COUNT THREE
(Transferring Firearm to Prohibited Person, 18 U.S.C. § 922(d)(3))

**THE GRAND JURY FURTHER CHARGES THAT:**

1.      On or about March 17, 2021, in the State and Eastern District of Wisconsin,

## JESSICA C. O'HORA

knowingly disposed of a firearm to Nygil A. McDANIEL, knowing and having reasonable cause to believe that McDANIEL was an unlawful user of a controlled substance, as defined in Title 21, United States Code, Section 802.

2.      The firearm is more fully described as a Romarm/Cugir GP WASR 10/63 7.62 x 39mm caliber rifle bearing serial number 1972CC3481.

All in violation of Title 18, United States Code, Sections 922(d)(3) and 924(a)(2).

3

**COUNT FOUR**
(False Statement, 18 U.S.C. § 922(a)(6))

**THE GRAND JURY FURTHER CHARGES THAT:**

1.      On or about March 11, 2022, in the State and Eastern District of Wisconsin,

**JESSICA C. O'HORA and NYGIL A. McDANIEL,**

in connection with the acquisition of a firearm from Jalensky's Outdoors & Marine, a federally licensed firearms dealer in Kenosha, Wisconsin, knowingly made false and fictitious written statements intended and likely to deceive Jalensky's as to a fact material to the lawfulness of the sale and disposition of the firearm under the provisions of Chapter 44 of Title 18, United States Code, and aided, abetted, counseled, commanded, induced and procured the same.

2.      Specifically, in connection with the purchase of a Smith & Wesson SD9VE 9mm pistol bearing serial number FDK7752, O'HORA falsely stated on the Firearms Transaction Record form (ATF Form 4473) (i) that she was the actual buyer of the firearm when, in fact, as O'HORA and McDANIEL well knew, O'HORA was acquiring the firearm for McDANIEL; and (ii) that she was not an unlawful user of a controlled substance when, in fact, O'HORA was then a regular user of marijuana.

All in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2(a).

4

<h2 style="text-align:center">COUNT FIVE</h2>

(Transferring Firearm to Prohibited Person, 18 U.S.C. § 922(d))

**THE GRAND JURY FURTHER CHARGES THAT:**

1.     On or about March 11, 2022, in the State and Eastern District of Wisconsin,

<h3 style="text-align:center">JESSICA C. O'HORA</h3>

knowingly disposed of a firearm to Nygil A. McDANIEL, knowing and having reasonable cause to believe that McDANIEL was under felony information, that is, charged with a crime punishable by imprisonment for a term exceeding one year; and further knowing and having reasonable cause to believe that McDANIEL was an unlawful user of a controlled substance, as defined in Title 21, United States Code, Section 802.

2.     The firearm is more fully described as a Smith & Wesson SD9VE 9mm pistol bearing serial number FDK7752.

All in violation of Title 18, United States Code, Sections 922(d)(1), 922(d)(3), and 924(a)(2).

5

**COUNT SIX**
(Receiving Firearm While Charged with Felony, 18 U.S.C. § 922(n))

**THE GRAND JURY FURTHER CHARGES THAT:**

1.    On or about March 11, 2022, in the State and Eastern District of Wisconsin,

**NYGIL A. McDANIEL,**

knowing he was under felony information, that is, charged with a crime punishable by imprisonment for a term exceeding one year, willfully received a firearm which had been transported in interstate commerce.

2.    The firearm is further described as a Smith & Wesson SD9VE 9mm pistol bearing serial number FDK7752.

All in violation of Title 18, United States Code, Sections 922(n) and 924(a)(1)(D).

6

## FORFEITURE NOTICE

Upon conviction of the offenses in violation of Title 18, United States Code, Sections 922(a)(6), 922(d)(1), 922(d)(3), 922(g)(3), and 922(n) set forth in this Indictment, the defendants, **NYGIL A. McDANIEL and JESSICA C. O'HORA**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the knowing violation of Sections 922(a)(6), 922(d)(1), 922(d)(3), 922(g)(3), and 922(n), including, but not limited to:

1. a Romarm/Cugir 7.62 x 39mm caliber pistol bearing serial number PE-9312-2019-RO;

2. a Glock 27 .40 caliber pistol bearing serial number BGBX771;

3. a Romarm/Cugir GP WASR 10/63 7.62 x 39mm caliber rifle bearing serial number 1972CC3481; and

4. a Smith & Wesson SD9VE 9mm pistol bearing serial number FDK7752.

FOREPERSON

Dated: ___9-13-22___

RICHARD G. FROHLING
United States Attorney

7